**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6400**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JOSHUA FREDERICK DAVIS,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Richard Mark Gergel, District Judge.  (2:16-cr-00381-RMG-1)

Submitted:  September 22, 2020                    Decided:  September 25, 2020

Before NIEMEYER, KEENAN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joshua Frederick Davis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joshua Frederick Davis appeals the district court's orders denying his motion for declaratory judgment and denying his Fed. R. Civ. P. 60(b) motion for relief from judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Davis*, No. 2:16-cr-00381-RMG-1 (D.S.C. Feb. 5, 2020; Mar. 11, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*